Pierre Van Arsdale v. Cross & Brown Company.— Motion granted upon

payment by plaintiff of ten dollars costs to the defendant. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.